HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TRAVIS WENTWORTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-po-0034 SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM<br>) PAYMENT IN LIEU OF APPEARANCE;<br>) ORDER |
| vs. | ) |
| TRAVIS WENTWORTH, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Travis Wentworth, that this case shall be resolved by payment of a fixed-sum in lieu of Mr. Wentworth's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Mr. Wentworth agrees to pay a $250.00 fine and $30.00 processing fee, as well as a $100 additional financial penalty for failing to appear, for a total of $380.00 on or before July 7, 2017. Payment shall be made to the Central Violations Bureau, with proof of payment provided to the government for verification on or before July 7, 2017.

The parties further request the status conference currently scheduled for June 1, 2017 be continued to July 13, 2017 in order to allow verification of payment. Upon payment, the parties agree that the status conference scheduled for July 13, 2017 will be vacated, and the Government

will move for a dismissal of this case as well as case number 1:17-po-49 SAB in the interest of justice. If payment of the full $380.00 has not been made and verified by July 7, 2017, Mr. Wentworth will appear at the hearing on July 13, 2017.

Respectfully submitted,

Phillip Talbert
Acting United States Attorney

Date: May 18, 2017　　　　　　/s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2017　　　　　　/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
TRAVIS WENTWORTH

**O R D E R**

**IT IS SO ORDERED.** Defendant TRAVIS WENTWORTH is ordered to pay a $250 fine, a $30 processing fee, and a $100 penalty for failing to appear, for a total financial obligation of $380. The entire financial obligation must be paid in full by July 7, 2017.

The status conference currently scheduled for June 1, 2017 is hereby continued to July 13, 2017. If Mr. Wentworth has paid his financial obligation in full by July 7, 2017, the hearing scheduled for July 13, 2017 will be vacated and the case will be closed.

IT IS SO ORDERED.

Dated: **May 18, 2017**

UNITED STATES MAGISTRATE JUDGE