# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00034-SAB |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DISMISSAL BUT ORDERING THAT CASE BE CLOSED |
| v. | |
| TRAVIS WENTWORTH, | (ECF No. 14) |
| Defendant. | |

On January 4, 2017, a citation in this action was filed against Defendant Travis Wentworth. (ECF No. 1.) On May 18, 2017, Defendant filed a stipulation that this case be resolved by payment of a fixed-sum in lieu of Defendant's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. (ECF No. 11.) On May 18, 2017, the Court ordered Defendant to pay a $250 fine, a $30 processing fee, and a $100 penalty for failing to appear, for a total financial obligation of $380, and ordered Defendant to pay the entire financial obligation in full by July 7, 2017. (ECF No. 12.) The Court also ordered that the status conference be continued to July 13, 2017, and if Defendant paid his financial obligation in full by July 7, 2017, the hearing scheduled for July 13, 2017, would be vacated and the case would be closed. (ECF No. 12.) On May 24, 2017, Defendant paid $380.00. (ECF No. 13.)

On June 22, 2017, Plaintiff United States of America filed a motion to dismiss this case, 1:17-po-00034-SAB, without prejudice in the interest of justice, pursuant to Rule 48(a) of the

Federal Rules of Criminal Procedure.  (ECF No. 14.).

The defendant paid the fixed-sum in full.  As a result, this case cannot be dismissed as the case has been adjudicated by payment of the fix-sum collateral fine.  However, since the defendant has paid the collateral in full, the case can be closed as being adjudicated.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to dismiss is DENIED and the Clerk of the Court is ordered to CLOSE this case..

IT IS SO ORDERED.

Dated:   **June 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE